**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DATA ENGINE TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 14-1115-LPS |
| GOOGLE LLC, | § § § | |
| Defendant. | § § § | |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that the appearance of Rodney R. Miller as counsel of record to represent Defendant Google LLC is hereby withdrawn. Defendant continues to be represented by the law firms of Richards, Layton & Finger, P.A.; Kasowitz, Benson, Torres & Friedman, LLP; and Munger, Tolles & Olson LLP.

OF COUNSEL:

Gregory P. Stone
Zachary M. Briers
Eric P. Tuttle
Heather E. Takahashi
Ashley D. Kaplan
Hannah Dubina
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100

Peter A. Detre
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000

Dated: August 24, 2020

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant Google LLC*