### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA ENGINE TECHNOLOGIES LLC, § § | |
| Plaintiff, § § | **C.A. No. 14-1115-LPS** |
| v. § § | |
| GOOGLE LLC, § § | |
| Defendant. § | |

## JOINT STATUS REPORT

Plaintiff Data Engine Technologies LLC ("DET") and Defendant Google LLC ("Google") submit this Joint Status Report addressing the Court's Order of September 9, 2020 (D.I. 390) regarding what, if anything, remains in this matter before it is closed in view of the Court's Memorandum Opinion (D.I. 389). Based on the Court's summary judgment ruling of noninfringement, the parties have not identified any remaining matters to be resolved by the Court before this case can be closed.

Dated: September 11, 2020

*/s/ Michael Farnan*
Brian Farnan (#4089)
Michael J. Farnan (#5165)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
 (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com


OF COUNSEL:

Amir Alavi
Demetrios Anaipakos
Timothy Shelby
Scott W. Clark
Kyung (Drew) Kim
Monica Uddin
AHMAD, ZAVITSANOS, ANAIPAKOS,
  ALAVI & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
aalavi@azalaw.com
danaipakos@azalaw.com
alipski@azalaw.com
tshelby@azalaw.com
sclark@azalaw.com
muddin@azalaw.com

*Attorneys for Plaintiff Data Engine Technologies LLC*

Respectfully submitted,

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON &
FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com


OF COUNSEL:

Gregory P. Stone
Eric P. Tuttle
Zachary M. Briers
Hannah Dubina
Ashley D. Kaplan
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles CA 90071
(213) 683-9100
gregory.stone@mto.com
eric.tuttle@mto.com
zachary.briers@mto.com
hannah.dubina@mto.com
ashley.kaplan@mto.com

Peter A. Detre
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000
peter.detre@mto.com

*Attorneys for Defendant Google LLC*